# EXHIBIT 18

| | |
|---|---|
| **From:** | Benjamin Schoen |
| **Sent:** | Wednesday, February 18, 2015 9:32 AM |
| **To:** | tprose |
| **Subject:** | FW: GenMed Report |
| **Attachments:** | General_Medicine_December_2014_invoice.xlsx; General_Medicine_November_2014_invoice.xlsx; General_Medicine_October_2014_invoice.xlsx; General_Medicine_September_2014_invoice.xlsx |

Respectfully,

Benjamin R. Schoen
*Plan Chief Operations Officer*
*Molina Healthcare of Illinois, Inc.*
1520 Kensington Road, Suite 212
Oak Brook, IL 60523
www.molinahealthcare.com
Direct: 630-203-3911
Cell: 630-222-7304
Fax: 844-342-0291
Email: benjamin.schoen@molinahealthcare.com

**From:** Sarah Simmons
**Sent:** Tuesday, February 17, 2015 12:53 PM
**To:** Catherine Harvey; Benjamin Schoen
**Subject:** RE: GenMed Report

Hi Ben,

Attached are the September – December invoices for Gen Med that we have paid so far.

Here is what we have paid to date.

Sept: $58,349.46
Oct: $59,434.14
Nov: $60,594.20
Dec: $203,649.54
Total: $382,027.34

Let me know if you need any additional information.

Thanks!

Sarah Simmons | Senior Accountant
Molina Healthcare, Inc.
Sarah.Simmons@MolinaHealthcare.com
3000 Corporate Exchange Drive | Columbus, Ohio 43231

1

**CONFIDENTIAL**

Carey-Walden Dep. Exhibit #20
**MOLPROD020940**

1-800-357-0146 ext. 218509 | Direct 614-310-8509| Fax 614-899-2362

www.MolinaHealthcare.com
*Your Extended Family*

  

Confidentiality Notice: This communication, and any files attached, contains confidential information that may be privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, any disclosure, distribution or the taking of any action in reliance upon this communication is prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by reply e-mail and destroy the original information. Thank you.

**From:** Catherine Harvey
**Sent:** Tuesday, February 17, 2015 1:27 PM
**To:** Benjamin Schoen; Sarah Simmons
**Subject:** Re: GenMed Report

Sarah can you please provide?

Sent from my iPhone

On Feb 17, 2015, at 12:25 PM, Benjamin Schoen <Benjamin.Schoen@MolinaHealthCare.Com> wrote:

> I've already started the process. I need to know what we have paid to date. Who can get it to me in your absence
>
> Call me when you get a sec
>
>
> Respectfully,
>
> Benjamin R. Schoen
> *Plan Chief Operations Officer*
> *Molina Healthcare of Illinois, Inc.*
> 1520 Kensington Road, Suite 212
> Oak Brook, IL 60523
> www.molinahealthcare.com
> Direct: 630-203-3911
> Cell: 630-222-7304
> Fax: 844-342-0291
> Email: benjamin.schoen@molinahealthcare.com
>
> **From:** Catherine Harvey
> **Sent:** Tuesday, February 17, 2015 12:25 PM
> **To:** Benjamin Schoen
> **Subject:** Re: GenMed Report
>
> We need to set up a meeting with them and renegotiate. I have told finance not to pay any more until we do
>
> Sent from my iPhone
>
> On Feb 17, 2015, at 11:06 AM, Benjamin Schoen <Benjamin.Schoen@MolinaHealthCare.Com> wrote:

2

Looks like we grossly overpaid. Contractually we should probably be paying more in tune of "FCNA + Care Plan"

Respectfully,

Benjamin R. Schoen
*Plan Chief Operations Officer*
*Molina Healthcare of Illinois, Inc.*
1520 Kensington Road, Suite 212
Oak Brook, IL 60523
www.molinahealthcare.com
Direct: 630-203-3911
Cell: 630-222-7304
Fax: 844-342-0291
Email: benjamin.schoen@molinahealthcare.com

**From:** Matthew Wolf
**Sent:** Friday, February 13, 2015 3:51 PM
**To:** Benjamin Schoen
**Cc:** Catherine Schilling; Randy Carey-Walden; Mary Jo Coyne
**Subject:** GenMed Report

Ben,

Attached is the GenMed completion report that was requested on Monday. Below you'll find the summary of all the information that is captured on the second tab of the report. Everything captured here reflects tasks that were completed by GenMed and do not reflect members that had Care Plans of Assessments completed by Molina staff.

| Month | FCNA | ACE | FCNA + ACE |
|---|---|---|---|
| September | 48 | 0 | 0 |
| October | 43 | 0 | 0 |
| November | 30 | 4 | 5 |
| December | 69 | 114 | 54 |
| January | 44 | 85 | 93 |
| February | 39 | 0 | 17 |
| Total | 273 | 203 | 169 |

*For members that completed more than 1 item (e.g. FCNA + ACE) I used the month the item was completed in last. For example, if a member had an FCNA completed on 12/10/14 and an ACE on 1/15/15, they would be counted in January.

Couple key observations I noticed when reviewing the summary data.

- 17 members completed a Care Plan twice
- 12 members completed the ACE twice
    - All 12 instances reflect 1 ACE completed in 2014 and the second completed in 2015
- 4 members completed the FCNA twice

If you have any questions or concerns please do not hesitate to reach out at any time.

3

CONFIDENTIAL

MOLPROD020942

Thank you,

**Matt Wolf, MBA, CPHQ | Program Director – Healthcare Services**
Cell: 331.201.9261 | Internal: 162091 | Email: Matthew.Wolf@MolinaHealthcare.com

**Molina Healthcare of Illinois**
1520 Kensington Drive, Suite 212 | Oak Brook, IL 60523
<image001.jpg>

<2015.02.10 - GenMed Completion Grid.xlsx>

CONFIDENTIAL

MOLPROD020943

| | |
|---|---|
| From: | Sandy Wrona <swrona@generalmedicine.com> |
| Sent: | Thursday, February 19, 2015 9:34 AM |
| To: | Randy Carey-Walden |
| Cc: | Rebecca Coccia; Eileen Thompson |
| Subject: | Fwd: FCNA |
| Attachments: | FCNA.SentRandy.2.19.15.xlsx |

Good Morning Randy

Please see the attached spreadsheet.

The yellow highlighted section is the 306 members that you sent to us on Tuesday evening.

The bottom section is members with an effective date of 12/1/14, 1/1/15, and 2/1/15 copied directly from the monthly lists that you have sent us.

These totals may look less than what reflects in your monthly reports because additional FCNA's and Care Plan's have been completed on Molina members that have different effective dates. This spreadsheet only reflects the 12/1/14, 1/1/15, and 2/1/15 effective dates.

The 306 list that you have sent us will be completed by next week with the exception of the Aperion and Asta facilities and any members no longer residing in the facility. We will indicate as such.

Thank you,
Sandy Wrona-Setser
General Medicine, P.C.
(P) 248-662-0250
(F) 248-662-9845

This Electronic Message contains information from General Medicine PC, which may be privileged and confidential. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. Neither this information block, the typed name of the sender, or anything else in this message is intended to constitute an electronic signature for purposes of the Uniform Electronic Transactions Act or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.
Email Confidentiality Notice: The information contained in this transmission is confidential, proprietary or privileged and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA). It may not be used or disclosed except for the purpose for which it has been sent. The message is intended for the sole use of the individual or entity to which it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited and may subject you to criminal or civil penalties. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of General Medicine. Although General Medicine has taken reasonable precautions to ensure no viruses are present in this email, General Medicine cannot accept responsibility for any loss or damage arising from the use of this email or attachments. If you received this transmission in error, please phone our Help Desk at (248) 662-0250 ext. 1100. Please also delete the message and any attachments from your computer. General Medicine accepts no liability or responsibility for any onward transmission or use of emails and attachments having left the General Medicine domain.

1

..............................................................................................................................................
*******

2

CONFIDENTIAL

MOLPROD020945