UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Thomas Prose, et al.
                    Plaintiff,

v.                                                        Case No.: 1:17−cv−06638
                                                                          Honorable Virginia M. Kendall

Molina Healthcare of Illinois, Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 8, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. The Court takes judicial notice of the complaint filed in United States v. General Medicine, P.C., et al., No. 3:22−cv−00651 (S.D. Ill. Mar. 30, 2022). This Court is granting Molina's Motion to Stay [90] and will stay proceedings in this matter pending a decision by the Supreme Court on the petition for writ of certiorari filed by Molina in February of this year. Factors to consider on a motion to stay include "(1) any prejudice or tactical disadvantage to the non−moving party that may result from a stay, (2) whether a stay will simplify the issues for trial, and (3) the stage of the litigation." Prestone Prods. Corp. v. South/Win, Ltd., 2014 WL 12775693, *3 (N.D. Ill. Sept. 26, 2014). These factors weigh in support of a brief stay of proceedings in the matter. The stay will either be limited to a matter of months if the petition is denied or extended for good reason if the Supreme Court considers this appeal. The prejudice identified by the Plaintiff is risk of fading memories of witnesses or corruption of files. Plaintiffs may issue protective orders for specific identified evidence at risk. The risk of fading memories should be minimal for the extension this Court is granting. The stay has the potential to simplify the issues in question if the Supreme Court does issue a ruling, and if not, only a few months delay in discovery will result. Finally, as one of the issues in question is the application of Rule 9(b) pleading requirements to similar cases, there could be serious impact on the burden of litigation for both parties. In order to prevent risk of undue burden from this stay, the parties are ordered to submit joint status reports every three months to monitor the status of pending petitions. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.