IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and THE STATE OF ILLINOIS *ex rel*. DR. THOMAS PROSE, <br><br> Plaintiffs, <br><br> v. <br><br> MOLINA HEALTHCARE OF ILLINOIS, INC. and MOLINA HEALTHCARE, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:17-cv-06638 |

**JOINT STATUS REPORT**

On June 8, 2022, the Court stayed proceedings in this matter pending a decision by the Supreme Court on the petition for writ of certiorari filed by Defendants Molina Healthcare of Illinois, Inc. and Molina Healthcare, Inc. ("Molina"). Dkt. 101. In doing so, the Court ordered the parties to submit joint status reports every three months to monitor the status of the pending petition. *Id.* The parties submit this joint status report pursuant to that order.

Molina filed its cert petition on February 14, 2022. As discussed in Molina's briefing on its motion to stay, two other cert petitions also pending before the Supreme Court raise the same question presented as Molina's petition regarding the application of Rule 9(b) in False Claims Act cases. Pet. for a Writ of Certiorari, *Johnson v. Bethany Hospice and Palliative Care LLC*, No. 21-462 (Sep. 23, 2021); Pet. for a Writ of Certiorari, *United States, ex rel. Owsley v. Fazzi Assocs., Inc.*, No. 21-936 (Dec. 21, 2021). The Supreme Court has called for the views of the Solicitor General in both of those cases. The Solicitor General filed a brief in *Johnson* on May 24, 2022. The Solicitor General has not yet submitted its amicus brief in *Owsley*; however,

Molina anticipates that it will be filed before October Term 2022 begins and that the petitions will be set for conference and ruled on after the Term begins, possibly as soon as October.

**Molina's Position**

For the reasons stated in its previous briefing, Molina believes there is a reasonable likelihood that at least one of the petitions will be granted. *See* Dkts. 90, 97. The Supreme Court's subsequent decision to call for the views of the Solicitor General in not one, but two cases raising one of the same issues merely increases that likelihood. And the Court has granted cert in the past in FCA cases even where the Solicitor General recommended denial.[1]

**Relator's Position**

For the reasons stated in his previous briefing, Relator believes that cert remains highly unlikely. *See* Dkt. 94. Indeed, Relator notes that thus far in 2022, the Supreme Court has denied every single cert petition where the Solicitor General has filed a brief amicus curiae and indicated that the United States believes that the petition should be denied.[2]

---

[1] *See State Farm Fire & Cas. Co. v. U.S. ex rel. Rigsby*, 580 U.S. 39 (2016); *Kellogg Brown & Root Servs., Inc. v. U.S. ex rel. Carter*, 575 U.S. 650 (2015); *Hughes Aircraft Co. v. U.S. ex rel. Schumer*, 520 U.S. 939 (1997).

[2] *See Epic Sys. Corp. v. Tata Consultancy Servs. Ltd.*, No. 20-1426 (Apr. 6, 2021); *PersonalWeb Tech., LLC v. Patreon, Inc.*, No. 20-1394 (Apr. 2, 2021); *Robertson v. Intratek Computer, Inc.*, No. 20-1229 (Mar. 1, 2021); *Monsanto Co. v. Hardeman*, No. 21-241 (Aug. 16, 2021); *Olaf Sööt Design, LLC v. Daktronics, Inc.*, No. 21-438 (Sep. 16, 2021); *Musta v. Mendota Heights Dental Center*, No. 21-676 (Nov. 4, 2021); *Bierbach v. Digger's Polaris*, No. 21-998 (Jan. 11, 2022); *California Trucking Assoc., Inc. v. Bonta*, No. 21-194 (Aug. 9, 2021); *John Doe 1 v. Express Scripts, Inc.*, No 21-471 (Jun. 25, 2021); *C.H. Robinson Worldwide, Inc. v. Miller*, No. 20-1425 (Apr. 8, 2021); *Virgin Am., Inc., v. Bernstein*, No. 21-260 (Aug. 19, 2021); *Apple Inc. v. Qualcomm Inc.*, No. 21-746 (Sep. 3, 2021); *Weiss v. Nat'l Westminster Bank, PLC*, No. 21-381 (Sep. 3, 2021); *Strauss v. Credit Lyonnais, S.A.*, No. 21-382 (Sep. 3, 2021).

Dated: September 8, 2022

**Dr. Thomas Prose**, Plaintiff-Relator

By: */s/ Neil M. Rosenbaum*
One of his attorneys

Bruce C. Howard, Esq.
bhoward@howardlaw.llc
**Howard Law LLC**
**10 North Dearborn St.** 6th Floor
Chicago, IL 60602
(630) 740-9662

Neil M. Rosenbaum, Esq.
nrosenbaum@fvldlaw.com
Damon E. Dunn, Esq.
ddunn@fvldlaw.com
Bryan G. Schatz, Esq.
bschatz@fvldlaw.com
Gabrielle A. Long, Esq.
glong@fvldlaw.com
**Funkhouser Vegosen Liebman & Dunn Ltd.**
55 West Monroe Street, Suite 2300
Chicago, Illinois 60603-5117
Telephone: (312) 701-6800
Fax: (312) 701-6801

Respectfully submitted,

**Molina Healthcare of Illinois, Inc.**, and **Molina Healthcare, Inc.**, Defendants

By: */s/ Quyen L. Ta*

Quyen L. Ta (*pro hac vice*)
KING & SPALDING LLP
50 California Street
Suite 3300
San Francisco, CA 94111
(415) 318-1227
qta@kslaw.com

Kelly L. Perigoe (*pro hac vice*)
KING & SPALDING LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
kperigoe@kslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2022, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Bryan G. Schatz