# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Thomas Prose, et al().

                Plaintiff,

v.                                                            Case No.: 1:17−cv−06638
                                                                Honorable Virginia M. Kendall

Molina Healthcare of Illinois, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 11, 2023:

        MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. Parties are engaging in targeted discovery to prepare for a settlement conference. Currently, no Court involvement is needed as to this process. Parties must file a joint status report by 6/1/23 addressing the status of the ongoing discovery for settlement conference purposes (i.e., briefly addressing whether the process is going smoothly or if Court involvement is needed). There is also a case pending in the Supreme Court that could impact the proceedings in this case. The parties expect a decision from the Supreme Court by the end of June. An in−person settlement conference is scheduled for 7/27/23 at 10:30 a.m. Plaintiffs' settlement letter shall be delivered to Defendants by 7/13/23. Defendants' settlement letter shall be delivered to Plaintiffs by 7/20/23. The parties must also submit their respective documents by email to Proposed_Order_Weisman@ilnd.uscourts.gov. Please note that settlement letters and documents are not to be filed on the CM−ECF system. Parties have no objection to the Court having ex parte discussions with counsel in advance of the settlement conference if the Court believes such conversations would be warranted. To the extent the indicated Supreme Court decision is rendered prior to the settlement conference and is material to this case, the parties should address the decision in their settlement letters as appropriate. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.