## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Thomas Prose, et al.

                                          Plaintiff,

v.                                                                     Case No.: 1:17−cv−06638

                                                                        Honorable Virginia M. Kendall

Molina Healthcare of Illinois, Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 17, 2023:

      MINUTE entry before the Honorable M. David Weisman: Plaintiff's joint motion to continue settlement conference and related letter submission deadlines [132] is granted. In person settlement conference set for 7/27/23 is stricken and reset to 9/13/23 at 2:00 p.m. Plaintiffs' settlement letter shall be delivered to Defendants by 8/30/23. Defendants' settlement letter shall be delivered to Plaintiffs by 9/6/23. The parties must also submit their respective documents by email to Proposed_Order_Weisman@ilnd.uscourts.gov. Please note that settlement letters and documents are not to be filed on the CM− ECF system. Status hearing set for 8/29/23 at 9:15 a.m. A joint status report shall be filed by 8/24/23 that: 1) reports on where the parties stand as to necessary discovery for the settlement conference; 2) the parties' assessments as to whether the 9/13 settlement conference remains viable; and 3) any other issues that counsel wish to raise with this Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.