**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| and THE STATE OF ILLINOIS *ex, rel.* | ) | |
| DR. THOMAS PROSE, | ) | |
| | ) | Case No. 1:17-cv-06638 |
| Plaintiffs, | ) | |
| | ) | Hon. Virginia M. Kendall |
| v. | ) | |
| | ) | |
| MOLINA HEALTHCARE OF ILLINOIS, | ) | |
| INC. and MOLINA HEALTHCARE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

NOW COMES Sulema Medrano Novak and hereby requests leave to withdraw her appearance in this matter and in support thereof states as follows:

1.    The undersigned is listed as an attorney of record for Defendants MOLINA HEALTHCARE OF ILLINOIS, INC. and MOLINA HEALTHCARE, INC. in the above referenced matter.

2.    The undersigned is employed by the law firm DENTONS US LLP.

3.    Defendants MOLINA HEALTHCARE OF ILLINOIS, INC. and MOLINA HEALTHCARE, INC. are represented in the above referenced matter by KING & SPALDING LLP and FAEGRE DRINKER BIDDLE & REATH LLP.

4.    DENTONS US LLP is no longer retained to represent Defendants in this matter.

WHEREFORE, Sulema Medrano Novak prays for leave to withdraw as counsel for Defendants in this matter.


Dated:  August 18, 2023                    Respectfully submitted,

                                           */s/ Sulema Medrano Novak*
                                           Sulema Medrano Novak
                                           DENTON US LLP
                                           233 South Wacker Drive, Suite 5900
                                           Chicago, Illinois  60606
                                           Telephone:  312-876-8000
                                           Facsimile:  312-876-7934
                                           sulema.medrano@dentons.com

                                           *Attorney for Defendants Molina Healthcare of Illinois, Inc. and Molina Healthcare, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 18, 2023, a copy of the foregoing document was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ *Sulema Medrano Novak*
Sulema Medrano Novak