# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Thomas Prose, et al.

                              Plaintiff,

v.                                                 Case No.: 1:17−cv−06638
                                                               Honorable Virginia M. Kendall

Molina Healthcare of Illinois, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 13, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. The Parties have proposed a joint extension of time to complete the Discovery in this case until September 2024 [155]. The parties have a settlement conference scheduled in February 2024 and have not explained why they need another seven months subsequent to that conference to complete Discovery. The Parties' request [155] is denied until they provide the Court with reasons for such a lengthy extension. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.