## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES et al. ex rel.<br>DR. THOMAS PROSE,<br><br>          Plaintiffs,<br><br>          v.<br><br>MOLINA HEALTHCARE OF<br>ILLINOIS, et al.,<br><br>          Defendants. | Civil Case No. 1:17-cv-06638<br><br>Presented to: Hon. Virginia M. Kendall |

## MOTION FOR LEAVE TO WITHDRAW
## APPEARANCE OF FARZIN FRANKLIN AMANAT

Pursuant to Local Rule 83.17, Relator Dr. Thomas Prose hereby requests leave of court to withdraw the appearance of F. Franklin Amanat as one of his attorneys of record in the above-referenced matter. Relator will continue to be represented by the other attorneys with appearances on file including the undersigned.

DATE: May 17, 2024

Respectfully submitted,

*/s/ Molly Knobler*
DiCELLO LEVITT LLP
Molly B. Knobler
801 17th St., NW, Suite 430
Washington, D.C. 20036
(202) 975-2288
**Counsel for Plaintiff-Relator**
**Dr. Thomas Prose**