# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Thomas Prose, et al.

           Plaintiff,

v.                 Case No.: 1:17−cv−06638
                 Honorable Virginia M. Kendall

Molina Healthcare of Illinois, Inc., et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 14, 2024:

  MINUTE entry before the Honorable M. David Weisman: The Court has had several ex parte communications with both Relator's counsel and defense counsel Based on these conversations, the Court understood that the parties had reached settlement as to Relator's claim subject to the government's approval. See 31 U.S.C. §3730(b)(1). Further conversations have muddied the waters. The Court seeks clarity on the issue. Therefore, the motion hearing set for 6/17/24 is stricken. Those motions are denied without prejudice, and subject to a need for further litigation (which the Court believes will ultimately not be necessary). The Court sets a telephone settlement conference for 6/18/24 at 3:00 p.m. Parties shall confer and jointly send ONE email of the participants who intend to participate in the settlement conference by COB 6/17/24. The Court will respond with the call−in information for the settlement conference. Only counsel of record need attend the settlement conference. The Court continues to appreciate the professionalism displayed by all counsel in navigating this matter to resolution. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.