**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and THE STATE OF ILLINOIS *ex rel.* DR. THOMAS PROSE,<br><br>Plaintiffs-Relator,<br><br>v.<br><br>MOLINA HEALTHCARE OF ILLINOIS, INC. and MOLINA HEALTHCARE, INC.,<br><br>Defendants. | Case No. 1:17-cv-06638<br><br>Hon. Virginia M. Kendall |

**UNOPPOSED MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Relator Dr. Thomas Prose ("Relator") and Molina Healthcare of Illinois, Inc. and Molina Healthcare, Inc. (hereafter "Defendants"), hereby and agree and move to dismiss all of the claims brought by Relator in this action with prejudice as against the Defendants subject to the following terms and conditions:

1. The Relator and Defendants have executed a written settlement agreement ("Settlement Agreement")[1] in compromise and settlement of the claims brought by Relator[2] against Defendants[3] for the "Covered Conduct" as defined in the Settlement Agreement. This unopposed motion for dismissal is consistent with the terms of the Settlement Agreement.[4]

---

[1] A copy of the fully-executed Settlement Agreement is attached hereto as **Exhibit 1.**

[2] Relator includes: himself, current and former heirs, successors, attorneys, agents, and assigns, including but not limited to General Medicine, P.C. and all corporate affiliates of the same.

[3] Defendants include: current and former parent corporations, direct and indirect subsidiaries, brother or sister corporations, divisions, affiliate entities, owners, officers, directors, employees, agents, shareholders, and attorneys, and the heirs representatives, successors, and assigns of any of them.

[4] Relator brought this action on behalf of the United States and the State of Illinois (the "Government Plaintiffs"). The Government Plaintiffs consented to the terms of the Settlement Agreement and will file a concurrence to this Unopposed Motion for Dismissal.

2. Relator voluntarily dismisses, with prejudice, against Defendants: (a) any civil monetary claim Relator has or could have had, whether known or unknown, on behalf of the United States or the State of Illinois for the conduct alleged in this action under the False Claims Act ("FCA") or Illinois False Claims Act ("IFCA"); (b) any and all claims, whether in law or in equity, whether known or unknown, that Relator has or may have had through October 22, 2024; (c) any and all claims Relator has asserted, could have asserted, or may assert in the future against Defendants related to the conduct alleged in this action, including but not limited to claims arising from the filing or prosecution of this action, under the FCA, or under the IFCA; and (d) any and all claims to fees and expenses pursuant to 31 U.S.C. § 3730(d)(2) or 740 ILC 175/4(d)(1) related to the conduct alleged in this action. The United States and the State of Illinois consent to the dismissal of this action with prejudice as to Relator.

3. This Motion is not opposed by Defendants, and Relator and Defendants jointly move this Court for dismissal.

4. Relator and Defendants request that the Court retain jurisdiction to the extent necessary to enforce the terms and conditions of the Settlement Agreement.

5. A proposed Order is being concurrently submitted to the Court's proposed order electronic mailbox.

Dated: December 9, 2024

Respectfully submitted,

**Dr. Thomas Prose**, Plaintiff-Relator

By: *<u>/s/ Neil M. Rosenbaum</u>*

Neil M. Rosenbaum, Esq.
nrosenbaum@clarkhill.com
Damon E. Dunn, Esq.
ddunn@clarkhill.com
Bryan G. Schatz, Esq.
bschatz@clarkhill.com

Clark Hill
130 E. Randolph, Suite 3900
Chicago, IL 60601
(312) 985-5900

Li Yu
lyu@dicellolevitt.com
DiCello Levitt LLC
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000

Bruce C. Howard, Esq.
bhoward@howardlaw.llc
Howard Law LLC
10 North Dearborn St. 6th Floor
Chicago, IL 60602
(630) 740-9662

**Molina Healthcare of Illinois, Inc.**, and **Molina Healthcare, Inc.**, Defendants

By: */s/ Kelly L. Perigoe*

Kelly L. Perigoe (*pro hac vice*)
kperigoe@kslaw.com
King & Spalding LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
(213) 443-4355

Quyen L. Ta (*pro hac vice*)
qta@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Ave.
Palo Alto, CA 94301
(650) 470-3180

Abigail Hoverman Terry
aterry@kslaw.com
King & Spalding LLP
110 N. Wacker Dr., Suite 3800
Chicago, IL 60606
(312) 764-6931